1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON DESMOND
   SAM STEFANKI
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Jan 10, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8          IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (707) 333-5753 | CASE NO: 2:20-SW-01060-CKD |
| --- | --- |
|  | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

15     Upon application of the United States of America and good cause having been shown,

16     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

17

18  Dated:  January 10, 2025

                                                    _____
19                                                  THE HONORABLE SEAN C. RIORDAN
                                                    United States Magistrate Judge